IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01362-PAB-NYW

ABBEY TESFAZION,

     Plaintiff,

v.

STANDARD PARKING CORPORATION, d/b/a SP PLUS CORPORATION,

     Defendant.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

     This matter is before the court on the Joint Motion to Amend Scheduling Order (the "Motion"). [#33, filed January 8, 2016]. The Motion was referred to this Magistrate Judge pursuant to the Order Referring Case dated June 30, 2015 [#5] and the memorandum dated January 8, 2016 [#34].

     IT IS ORDERED that the Motion is **GRANTED**:

1.    The deadline by which to complete discovery is extended from March 9, 2016 up to and including **April 9, 2016**;

2.    The Parties shall serve written discovery on or before **February 24, 2016**;

3.    The deadline by which to designate principal experts is extended from January 8, 2016 up to and including **February 8, 2016**;

4.    The deadline by which to designate rebuttal experts is extended from February 8, 2016 up to and including **March 8, 2016**;

5.    The deadline by which to file dispositive motions is extended from April 8, 2016 up to and including **May 8, 2016**; and

6.    The Final Pretrial Conference set for June 7, 2016 is VACATED and RESET for **July 5, 2016** at **9:30 am** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo

identification. *See* D.C.COLO.LCivR 83.2(b).

DATED:  January 11, 2016